IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>v.<br><br>**ALEJANDRA ACOSTA-LOPEZ**,<br><br>Defendant. | Case No. 3:21-cr-387-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

On July 13, 2022, Defendant Alejandra Acosta-Lopez pleaded guilty to one count of possession with the intent to distribute methamphetamine. On June 27, 2023, the Court sentenced Ms. Acosta-Lopez to a term of imprisonment of 24 months, followed by three years of supervised release. On November 6, 2023, Ms. Acosta-Lopez filed with the Court a motion for a sentencing reduction under 18 U.S.C. § 3582(c)(2). ECF 38. On that day, she also filed a separate motion requesting a judicial recommendation regarding placement in a residential reentry center. ECF 39. The Government opposed Ms. Acosta-Lopez's motion under § 3582(c)(2) on the merits, arguing that she was not eligible for that relief. ECF 43. Ms. Acosta-Lopez moved to withdraw her § 3582(c)(2) motion (ECF 47), which the Court granted. ECF 48.

PAGE 1 – ORDER

On June 24, 2024, Ms. Acosta-Lopez filed with the Court a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). ECF 52. On July 15, 2024, the Government opposed Ms. Acosta-Lopez's § 3582(c)(1)(A)(i) motion on the merits, arguing that she did not sufficiently demonstrate extraordinary and compelling reasons to reduce her sentence and that granting early release would upset the sentencing factors under 18 U.S.C. § 3553(a). ECF 56. On November 4, 2024, the Bureau of Prisons released Ms. Acosta-Lopez (BOP No. 69056-509). Accordingly, her two pending motions are moot.

The Court DENIES AS MOOT Defendant's motion requesting a judicial recommendation regarding placement in a residential reentry center (ECF 39) and Defendant's motion for compassionate release under § 3582(c)(1)(A)(i) (ECF 52).

**IT IS SO ORDERED.**

DATED this 20th day of December, 2024.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge
